No. D–1558. In re Disbarment of Rosengarden. Disbarment entered. [For earlier order herein, see 515 U. S. 1140.]

No. D–1574. In re Disbarment of Muhammad. Disbarment entered. [For earlier order herein, see 515 U. S. 1176.]

No. D–1575. In re Disbarment of Rosenblum. Disbarment entered. [For earlier order herein, see 515 U. S. 1176.]

No. D–1577. In re Disbarment of Ortman. Disbarment entered. [For earlier order herein, see 515 U. S. 1176.].

No. D–1578. In re Disbarment of Thrower. Disbarment entered. [For earlier order herein, see 515 U. S. 1177.]

No. D–1580. In re Disbarment of Ewers. Disbarment entered. [For earlier order herein, see 515 U. S. 1177.]

No. D–1581. In re Disbarment of Crawford. Disbarment entered. [For earlier order herein, see 515 U. S. 1177.]

No. D–1582. In re Disbarment of Kellner. Disbarment entered. [For earlier order herein, see 515 U. S. 1177.]

No. D–1583. In re Disbarment of Tache. Disbarment entered. [For earlier order herein, see 515 U. S. 1177.]

No. D–1584. In re Disbarment of Felman. Disbarment entered. [For earlier order herein, see 515 U. S. 1177.]

No. D–1589. In re Disbarment of Mione. Carl Nicholas Mione, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1591. In re Disbarment of Zoccola. Robert F. Zoccola, of Carmel, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.